UNITED STATES COURTS
DISTRICT OF IDAHO

FEB 27 2002

______ M.REC'D ______

LODGED ______ FILED ______

THOMAS E. MOSS
UNITED STATES ATTORNEY
**JACK B. HAYCOCK**
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
801 E. SHERMAN AVENUE, ROOM 192
POCATELLO, IDAHO 83201
TELEPHONE: (208) 478-4166

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>ABEL HIDALGO,<br><br>Defendant. | CR 02-43-E-BLW<br><br>INDICTMENT<br><br>(Violation 18 U.S.C. §§ 922(g)(1) & 924(a)(2)) |

THE GRAND JURY CHARGES:

That on or about the 15th day of January, 2002, in the State and District of Idaho, the defendant, ABEL HIDALGO, the defendant, then having been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, to wit: theft, a class 4 felony, in the Superior Court of Arizona, Maricopa County, on April 12, 1995, knowingly did possess in and affecting commerce, any firearm, to wit: a Llama .45 semi-automatic pistol, in violation of Title 18, United States Code, Section 922(g)(1) and 924 (a)(2).

DATED This 27 day of February, 2002.

A TRUE BILL

FOREPERSON

THOMAS E. MOSS
United States Attorney