**THOMAS E. MOSS**
UNITED STATES ATTORNEY
**JACK B. HAYCOCK**
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
801 E. SHERMAN AVENUE, ROOM 192
POCATELLO, IDAHO 83201
TELEPHONE: (208) 478-4166

U. S. COURTS
NOV 12 2002
REC'D _____ FILED
CAMERON S. BURKE
CLERK IDAHO

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>vs.<br>ABEL HIDALGO,<br>Defendant. | CASE NO: CR-02-~~44~~43-E-BLW<br>INFORMATION<br>(Vio. 18 U.S.C. §§ 1111 & 1152) |

The U.S. Attorney Charges:

COUNT 1

That on or about the 29th day of January, 2002, in the State and District of Idaho, within the Fort Hall Shoshone Bannock Indian Reservation, the Defendant, ABEL HIDALGO, with malice aforethought, did unlawfully and willfully, deliberately, maliciously, and with premeditation, kill Leigha Tacunan, by shooting her with a .45 caliber handgun, in violation of Title 18, United States Code, Sections 1111 and 1152.

COUNT 2

That on or about the 29th day of January, 2002, in the State and District of Idaho, within the Fort Hall Shoshone Bannock Indian Reservation, the Defendant, ABEL HIDALGO, with malice aforethought, did unlawfully and willfully, deliberately, maliciously, and with premeditation, kill Margaret Fellows, by shooting her with a .45 caliber handgun, in violation of Title 18, United States Code, Sections 1111 and 1152.

DATED This 12th day of November, 2002.

THOMAS E. MOSS
United States Attorney

Jack B. Haycock
Assistant United States Attorney

# CRIMINAL COVERSHEET

DEFENDANT'S NAME: Abel Hidalgo

Juvenile:

Service Type: Warrant

DEFENDANT'S STREET ADDRESS:

Interpreter:
If yes, language:

DEFENSE ATTORNEY: Fredilyn Sison
Address: Federal Defender
350 N. 9th St., Suite 301
Telephone No.: Boise, ID 83702

INVESTIGATING AGENCY & AGENT: Derwyn Berg. FBI
Pocatello, Idaho 83204

**CASE INFORMATION:** (List any miscellaneous, magistrate, CVB or other related defendants/case numbers.)

# CRIMINAL CHARGING INFORMATION

| | | | |
|---|---|---|---|
| Complaint | ___ Indictment | X Information | _ Superseding Indictment |
| _X_ Felony | ___Class A Misdemeanor | | _ Class B or C Misdemeanor (Petty Offense) |
| County of Offense: Bingham | | | Estimated Trial Time: Plea |

| TITLE/SECTION | COUNTS | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessments) |
|---|---|---|---|
| *18 U.S.C. § 1111* | *1* | *Murder in the First Degree of Leigha Tacunan* | *Life imprisonment and/or $250,000 fine; 5 years supervised release; and $100 special assessment* |
| *18 U.S.C. § 1111* | *2* | *Murder in the First Degree of Margaret Fellows* | *Life imprisonment and/or $250,000 fine; 5 years supervised release; and $100 special assessment* |

Date: November 13, 2002

AUSA: Jack B. Haycock
Telephone No.: (208) 478-4166