CRIMINAL PROCEEDINGS - **Sentencing**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge B. Lynn Winmill
Case No. **CR02-043-E-BLW**
Place: Pocatello, ID

Date: **February 5, 2003**
Deputy Clerk: LaDonna Garcia
Reporter: Stacy Heinz
Time: 10:15 - 11:00

UNITED STATES OF AMERICA vs Abel Hidalgo

Probation Officer Robert Bradley

Counsel for United States Jack Haycock
Defendant(s) S. Richard Rubin

(X) Court reviewed case history
(X) Court's ruling acceptance of plea agreement - Court accepts plea agreement.
(X) Court's ruling on Government's motion to dismiss Counts contained in the original indictment - Motion GRANTED.

(X) Maximum Penalty: 360 months imprisonment to life; Statutory Minimum is life imprisonment on each count, therefore, life imprisonment becomes the guideline range
3 to 5 years supervised release
$25,000 to $250,000 fine
$5000 Restitution
Probation not authorized
$200.00 special assessment

Total Combined offense Level 42 Criminal History Category IV

(X) Court ruled on defendant's objections to presentence report. Presentence report and addendum adopted, except as modified here today. Court directed that the presentence report be further modified in writing as stated on the record. Results of polygraph to be attached to the addendum.

(X) Defendant's remarks on his own behalf.

SENTENCE: Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of life on each of counts 1 and 2 to run consecutive to each other. Court finds that the defendant poses a high risk of future substance abuse such that mandatory testing is ordered. Court recommends that the defendant be placed in a facility in the State of California. $10,000 fine, consisting of $5000 on each of counts 1 and 2, is due immediately. $5000 restitution is due immediately. Payments shall be due during period of incarceration through the inmate financial responsibility program. Court finds that the defendant does not have the ability to pay interest, therefore, interest is waived. $200 special assessment, consisting of $100 on each of counts 1 and 2, is due

32

immediately. All payments to be made to Clerk of the Court, District of Idaho, 550 W. Fort St., MSC 039, Boise, ID 83724. Clerk shall disburse restitution to the victim. Following term of imprisonment, defendant shall be placed on supervised release for a term of 5 years, consisting of 5 years on each of counts 1 and 2, to be served concurrently. All standard conditions of supervision shall apply, plus the following special conditions:

1) comply with the rules and regulations of the probation department;

2) pay fine, restitution, and special assessment that is imposed by this judgment and that remains unpaid at the commencement of supervision as a condition of supervised release. Payments to be made to Clerk of the Court District of Idaho, 550 W. Fort St., MSC 039, Boise Idaho 83724 on a monthly payment scheduled as directed by the probation officer. Clerk shall disburse restitution payments to the victim;

3) not possess a firearm or other dangerous weapon;

4) submit to a search of his person, place of residence, or automobile at the direction of the U.S. Probation Officer and submit to seizure of any contraband found therein;

(X) Defendant advised of penalties for violation of terms and conditions of supervised release.

(X) Right to appeal explained.

(X) Defendant remanded to the custody of the United States Marshals Service.